STATEMENT IN
SUPPORT OF PROBABLE CAUSE

IN RE: Ruben MORIN

I, Brian Wimberly, declare and state as follows:

On February 9, 2018, Homeland Security Investigations (HSI) Laredo special agents initiated an online investigation on a subject later identified as Jose VEGA-Flores.

From February 9, 2018, to February 16, 2018, VEGA communicated through online messaging application and text messages, his intended plans to engage in sexual acts with a fourteen (14) year old girl. These communications were with an HSI Laredo special agent, who was posing as the fourteen (14) year old girl. During these communications VEGA sent the HSI special agent picture of genitals and requested that the fourteen (14) year old child take nude photographs and send to VEGA.

In the state of Texas, the type of sexual conduct described by VEGA if it was to occur with the individual he thought to be a fourteen (14) year old, would be considered sexual assault of a child, a violation of Texas Penal Code 22.011.

On February 16, 2018, VEGA traveled from Corpus Christi, Texas, to Laredo, Texas, for the purpose of engaging in a sexual act with the fourteen (14) year old female. VEGA was arrested by HSI agents with the assistance of the Laredo Police Department, and the United Independent School District Police.

VEGA was advised of his Miranda Rights in the Spanish language and agreed to speak with agents. VEGA acknowledged he sent sexually explicit communications to the fourteen (14) year old girl. VEGA stated that he sent a photograph of a males genital to the fourteen (14) year old girl. VEGA stated that he never believed the female was fourteen (14) years old and that he planned to have lunch with the fourteen (14) year old female and then leave Laredo, Texas.

A cursory review of VEGA's electronics revealed other messages with females who could possibly be minors. VEGA also brought a box of ten (10) condoms and a suitcase with a change of clothes.

I find probable cause that the defendant(s) committed an offense against the laws of the United States and may be therefore further detained pending presentment before a judicial officer.

February 16, 2018, 06:21 PM, at Laredo, Texas.

Guillermo R. Garcia
United States Magistrate Judge

I declare (certify, verify, or state) under penalty of perjury that the forgoing is true and correct. Executed on the __16__ day of _____February_____, 2018__.

_____
Brian Wimberly
Special Agent
Homeland Security Investigations


Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the __16_____ day of ____February_____, 2018___.


_____
UNITED STATES MAGISTRATE JUDGE